No. 10–8506. THOMAS *v.* ZAVARAS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8510. LUPTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–8522. BAILEY, AKA JONES, AKA BARROWS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8525. TORRES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8529. AMRATIEL, FKA HIBDON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8531. CORTES, AKA CORTEZ-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8533. CRUZ-RAMOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8534. EVANS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8539. WILLIAMS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–8543. SOLIMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8547. HOLMES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8549. GARNER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–8550. GONZALEZ-VILLEGAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8551. HOOD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–8552. ZEIGLER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.